NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVONIK REXIM (NANNING) PHARMACEUTICAL CO. LTD., EVONIK CORPORATION,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant*

**GEO SPECIALTY CHEMICALS, INC.,**
*Intervenor-Defendant-Appellant*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BAODING MANTONG FINE CHEMISTRY CO., LTD.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant*

**GEO SPECIALTY CHEMICALS, INC.,**
*Intervenor-Defendant-Appellant*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**GEO SPECIALTY CHEMICALS, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

—————————————

2018-1854

—————————————

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00296-JCG, 1:15-cv-00304-JCG, 1:15-cv-00305-JCG, Judge Jennifer Choe-Groves.

—————————————

**JUDGMENT**

—————————————

RONALD MARK WISLA, Fox Rothschild, LLP, Washington, DC, argued for plaintiff-appellee. Also represented by LIZBETH ROBIN LEVINSON, Kutak Rock LLP, Washington, DC.

DAVID M. SCHWARTZ, MEIXUAN LI, Thompson Hine LLP, Washington, DC, argued for appellant.

JOSHUA E. KURLAND, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOSEPH H. HUNT, REGINALD THOMAS BLADES, JR., JEANNE DAVIDSON; DAVID W. CAMPBELL, Office of Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 11, 2019          /s/ Peter R. Marksteiner
   Date               Peter R. Marksteiner
                      Clerk of Court